| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Walker, John M. | 2. Court or Organization<br><br>United States Court of Appeals for the Second Circuit | 3. Date of Report<br><br>05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b.  ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>US Court of Appeals : Second Circuit<br>157 Church Street<br>New Haven, CT 06510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Dwight D. Opperman Institute of Judicial Administration (formerly known as Institute of Judicial Administration) |
| 2. Past President | Federal Judges Association |
| 3. Director | U.S. Association of Constitutional Law |
| 4. Director | Friends of CEELI (formerly CEELI Institute) |
| 5. Director | American Society of International Law, Judicial Advisory Board |
| 6. Director | Spencer Williams Foundation for Judicial Independence (formerly Foundation for Advancement of an Independent Judiciary and the Rule of Law) |

RECEIVED 2009 MAY A 11: 46 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Walker_John_M**

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Feb-May | Income as Visiting Lecturer, Yale Law School | $10,000.00 |
| 2. Sep-Dec | Income as Visiting Lecturer, Yale Law School | $25,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Morris Manning & Martin | Jan. 12 - Jan. 21, 2008 | Beijing, China | Seminar | Transportation, lodging, meals |
| 2. CEELI Institute | June 28 - July 2, 2008 | Prague, Czech Republic | Bd. of Directors Meeting | Transportation, lodging, meals |
| 3. ABA Rule of Law Initiative | July 14 - July 20, 2008 | Tbilisi, Georgia | Rule of Law Program | Transportation, lodging, meals |
| 4. International Judicial Academy | Sep. 20 - Sep. 27, 2008 | The Hague, Netherlands | Educational Program | Lodging, meals |
| 5. ACRLI | Nov. 29 - Dec. 5, 2008 | Amman, Jordan | Rule of Law Program | Transportation, lodging, meals |
| 6. New York University | Dec. 5 - Dec. 15, 2008 | Beijing, China | Educational Program | Transportation, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. Investments and Trusts

| A. | B. | | C. | | D. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | |
| | | | | | | | If not exempt from disclosure | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| Description of Assets | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans |
| *--COMMON STOCK--* | | | | | | | | | |
| AES CORP | | None | K | T | BUY | 8/7 | K | | |
| AMERICAN EXPRESS COMPANY | A | DIVIDEND | | | BUY | 6/2 | K | | |
| | | | | | SELL | 7/22 | K | | |
| AMERICAN TOWER CORP | | None | | | BUY | 1/23 | J | | |
| | | | | | SELL | 11/18 | K | | |
| ARCTIC GLACIER INCOME FUND | A | DIVIDEND | J | T | BUY | 4/29 | K | | |
| BED BATH & BEYOND INC | | None | L | T | BUY | 1/8 | L | | |
| | | | | | Partial Sale | 5/21 | L | | |
| BERKSHIRE HATHAWAY INC CL B | | None | K | T | | | | | |
| BLACK & DECKER CORP | A | DIVIDEND | | | BUY | 6/3 | K | | |
| | | | | | SELL | 11/19 | K | | |
| BRIGHT HORIZON FAMILY SOLUTIONS INC | | None | | | SELL | 5/29 | K | D | |
| BROOKFIELD ASSET MNGT INC CL A | A | DIVIDEND | J | T | BUY | 9/15 | J | | |
| CH ROBINSON | A | DIVIDEND | | | SELL | 3/10 | L | | |
| CAPITAL ONE FINANCIAL | B | DIVIDEND | J | T | Partial Sale | 9/4 | K | | |
| CARMAX | | None | J | T | BUY | 6/27 | J | | |
| CHESAPEAKE ENERGY | A | DIVIDEND | K | T | BUY | 1/3 | L | | |
| | | | | | Partial Sale | 7/16 | K | D | |
| CHEVRON CORP | B | DIVIDEND | K | T | BUY | 10/21 | J | | |
| | | | | | Partial Sale | 7/17 | K | E | |
| CHIMERA INVESTMENT CORP | A | DIVIDEND | J | T | BUY | 3/4 | K | | |
| CISCO SYST. INC | | None | L | T | BUY | 10/21 | J | | |
| CLEAR CHANNEL OUTDOOR | | None | J | T | BUY | 10/14 | J | | |
| CLEAR MEDIA LTD. | | None | J | T | | | | | |
| DISCOVERY COMMUNICATIONS - A | | None | J | T | BUY | 10/16 | J | | |
| EATON CORP | | None | K | T | BUY | 12/4 | K | | |
| FANNIE MAE | A | DIVIDEND | | | BUY | 2/25 | J | | |
| | | | | | SELL | 11/11 | J | | |

## VII. Investments and Trusts

| Description of Assets | A. Income during reporting period (1) Amount Code | A. (2) Type | C. Gross Value at end of reporting period (1) Value Code | C. (2) Value Method | D. Transactions during reporting period (1) Type | D. (2) Date: Month/day | D. (3) Value Code | D. (4) Gain Code | D. (5) Identity of buyer/seller if private trans |
|---|---|---|---|---|---|---|---|---|---|
| FREDDIE MAC | | None | | | SELL | 2/25 | J | | |
| GENERAL ELECTRIC CO. | A | DIVIDEND | J | T | | | | | |
| GLADSTONE COMM CORP | A | DIVIDEND | J | T | | | | | |
| GOOGLE INC | | None | | | SELL | 1/17 | L | | |
| HMS HOLDINGS CORP | | None | | | SELL | 10/8 | K | C | |
| INTERNATIONAL BUSINESS MACHINES CORP | B | DIVIDEND | L | T | | | | | |
| INVERNESS MEDICAL INNOVATIONS | | None | | | BUY | 4/23 | L | | |
| | | | | | SELL | 10/24 | K | | |
| LAMAR ADVERTISING INC | | None | J | T | | | | | |
| LEHMAN BROS PREFERRED | B | DIVIDEND | | | BUY | 2/1 | K | | |
| | | | | | SELL | 9/30 | J | | |
| LOWES CO. INC. | A | DIVIDEND | L | T | BUY | 1/8 | K | | |
| | | | | | Partial Sale | 5/21 | K | | |
| MGI PHARMA INC. | | None | | | SELL | 1/25 | K | D | |
| MARKEL CORPORATION | | None | K | T | | | | | |
| MICROS SYSTEMS INC | | None | K | T | | | | | |
| MICROSOFT CORP. | A | DIVIDEND | K | T | BUY | 10/20 | K | | |
| MILLICOM INTERNATIONAL | A | DIVIDEND | K | T | | | | | |
| MORGAN STANLEY COM | A | DIVIDEND | | | BUY | 10/14 | J | | |
| | | | | | SELL | 10/28 | J | | |
| NATIONAL PRESTO INDUSTRIES | | None | K | T | BUY | 6/11 | K | | |
| NEOGEN CORP | | None | K | T | BUY | 6/23 | K | | |
| NEWALTA INCOME FD TRUST UNIT | C | DIVIDEND | J | T | BUY | 1/10 | K | | |
| NUCO2 INC | | None | | | SELL | 5/29 | K | C | |
| ODYSSEY HEALTHCARE | | None | K | T | BUY | 2/4 | J | | |
| ORACLE CORPORATION | | None | M | T | BUY | 10/20 | J | | |
| | | | | | Partial Sale | 11/19 | J | B | |
| PENN NATIONAL GAMING | | None | J | T | BUY | 5/12 | J | | |

|  | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | buyer/seller if private trans |
|---|---|---|---|---|---|---|---|---|---|
| PEPSICO | B | DIVIDEND | L | T | Partial Sale | 4/29 | J | A | |
| PIONEER NATURAL | A | DIVIDEND | J | T | | | | | |
| POOL CORP | A | DIVIDEND | K | T | | | | | |
| PROCTOR & GAMBLE | A | DIVIDEND | | | BUY | 3/19 | L | | |
| | | | | | SELL | 7/16 | L | | |
| REDDY ICE HOLDINGS INC | A | DIVIDEND | | | BUY | 1/3 | J | | |
| | | | | | SELL | 5/22 | J | | |
| SBA COMMUNICATIONS CORP | | None | K | T | BUY | 11/18 | K | | |
| SIRIUS SATELLITE RADIO | | None | J | T | Partial Sale | 4/21 | J | | |
| | | | | | BUY | 7/29 | J | | |
| SMUCKER JM & CO | C | DIVIDEND | L | T | BUY | 10/21 | K | | |
| SUPER MICRO COMPUTER INC | | None | K | T | BUY | 2/12 | J | | |
| TAIWAN SEMICONDUCTOR | B | DIVIDEND | K | T | BUY | 1/31 | K | | |
| | | | | | Partial Sale | 8/15 | J | A | |
| THERMO FISCHER SCIENTIFIC INC | | None | K | T | BUY | 4/21 | L | | |
| UNITED BANKSHARES INC | A | DIVIDEND | J | T | | | | | |
| UNITED TECHNOLOGIES CORP | A | DIVIDEND | | | BUY | 1/29 | J | | |
| | | | | | SELL | 8/21 | L | | |
| UNITEDHEALTH GROUP INC | A | DIVIDEND | | | SELL | 4/23 | L | E | |
| UNIVERSAL DISPLAY CORP | | None | J | T | | | | | |
| URSTADT BIDDLE PPT A | B | DIVIDEND | K | T | | | | | |
| VALERO ENERGY CORP | A | DIVIDEND | | | SELL | 5/30 | L | | |
| VARIAN MEDICAL SYSTEMS | | None | L | T | BUY | 10/21 | K | | |
| | | | | | Partial Sale | 11/19 | K | D | |
| WR BERKLEY | A | DIVIDEND | | | BUY | 1/31 | J | | |
| | | | | | SELL | 4/18 | L | | |
| WAL MART STORES INC | B | DIVIDEND | L | T | Partial Sale | 6/2 | L | F | |
| WALGREEN CO. | | None | | | SELL | 1/17 | L | | |
| WELLS FARGO & CO NEW | A | DIVIDEND | L | T | BUY | 9/22 | J | | |
| | | | | | BUY | 10/20 | L | | |

Transactions    reporting period

## VII. Investments and Trusts

| Description of Assets | A. | | B. | | C. | | D. | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Income during reporting period | | Gross Value at end of reporting period | | Transactions during reporting period | | | | | | |
| | | | | | | | If not exempt from disclosure | | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) | | |
| | Amount Code | Type | Value Code | Value Method | Type | Date: Month/day | Value Code | Gain Code | Identity of buyer/seller if private trans | | |
| WHOLE FOODS MKT INC | B | DIVIDEND | | | SELL | 11/4 | K | | | | |
| XM SATELLITE RADIO HOLDINGS INC | | None | | | BUY | 4/21 | J | | | | |
| (See Part VIII) | | | | | Merger | 7/8 | | | | | |
| --CASH & EQUIVALENTS-- | | | | | | | | | | | |
| PERSHING GOVERNMENT ACCOUNT | | None | M | T | | | | | | | |
| PRIME MANAGEMENT OBLIGATIONS CAP. | A | DIVIDENDS | | | (See Part VIII) | | | | | | |
| FIDELITY CASH | A | INTEREST | J | T | | | | | | | |
| FIDELITY US TREASURY MM | A | INTEREST | | | (See Part VIII) | | | | | | |
| DREYFUS TREASURY PRIME INV SH | B | DIVIDENDS | M | T | | | | | | | |
| --CORPORATE BONDS-- | | | | | | | | | | | |
| FHLB 5.00% due 02/04/09 | C | INTEREST | L | T | | | | | | | |
| --BANK ACCOUNTS-- | | | | | | | | | | | |
| BANK OF AMERICA | A | INTEREST | J | T | | | | | | | |
| CITIBANK | A | INTEREST | J | T | | | | | | | |
| PEOPLES BANK | A | INTEREST | J | T | | | | | | | |
| --OTHER INVESTMENTS-- | | | | | | | | | | | |
| NONE | | | | | | | | | | | |

*FINANCIAL DISCLOSURE REPORT*
*For:* Walker, Jr., John M.

| Part VIII. Additional Information or Explanations |
|---|

1) Part VII - XM Satellite Radio Holdings Inc merged with Sirius Satellite Radio
   therefore no holdings of XM Satellite Radio Holdings at December 31, 2008.

2) Part VII - Prime Management Obligation Cap. has been replaced by Dreyfus Treasury
   Prime Inv SH

3) Part VII - Fidelity US Treasury MM funds have been used to purchase other securities.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544